

David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>KYLE H. PULSIPHER and<br>SADIE LEE PULSIPHER,<br><br>Debtors. | Bankruptcy Case No. 09-21773 WTT<br><br>Chapter 7 |
|---|---|

### DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The funds are on deposit in Bank of New York Mellon, Account # 9200-02557851-66.

3. The claimants and amounts are as follows:

| | |
|---|---|
| Rocky Mountain Power<br>P.O. Box 25308<br>Salt Lake City, UT 84125 | $ 1.43 |
| Gem Engineering, Inc.<br>369 North 100 West #8<br>Cedar City, UT 84721 | $ 4.25 |
| Jensen Law Office<br>P.O. Box 726<br>Cedar City, UT 84721 | $ 1.96 |

2

4. A check in the amount of $7.64, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 29th day of June, 2010.

_____
David C. West, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 29th day of June, 2010.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_____
David C. West

2